Fort v. Collins.

---

FORT *vs.* COLLINS.

A *nonsuit* granted after evidence given on *both sides*, will not be set aside for that cause alone.

In this case, a motion was made on the part of the plaintiff to set aside a *nonsuit* granted at the circuit. The motion was made on various grounds, and among others, for that the nonsuit was ordered by the judge *after evidence had been given on both sides.* The Court said that the *modern practice* sanctioned the course which had been pursued at the circuit, and therefore they refused to set aside the nonsuit.